**Gregory S. HINES, Plaintiff—Appellant,**

v.

**S.K. YOUNG; S. Collins; Cynthia R. Hobbs, Lpn, Defendants—Appellees,**

**and**

**Cms; J. Hobbs, Defendants.**

No. 05–6501.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 29, 2005.

Decided Sept. 12, 2005.

Gregory S. Hines, Appellant pro se. William W. Muse, Assistant Attorney General, Richmond, Virginia; Peter Duane Vieth, Wootenhart, PLC, Roanoke, Virginia, for Appellees.

Before TRAXLER and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Gregory S. Hines appeals the district court's order granting summary judgment to Defendants and dismissing his complaint filed under 42 U.S.C. § 1983 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Hines v. Young,* No. CA–04–72–7 (W.D.Va. Mar. 17, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*